454 A.2d 154

Commonwealth v. Jackson, Appellant.

Submitted October 13, 1981. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.